UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:10-cr-01172-001-TLW |
| v. | **Order** |
| JONEATHON LORENZO BLAKNEY | |

This matter is before the Court on Defendant Joneathon Blakney's motion for early termination of supervised release. The Court denies the motion.

Blakney pled guilty to a charge of Conspiracy to Possess with Intent to Distribute and Distribution of 5 Kilograms or More of Cocaine and 280 Grams or More of Cocaine Base in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 846, and 851. On April 17, 2012, the Court sentenced him within the Guidelines to two hundred forty (240) months of imprisonment and ten (10) years of supervised release. ECF No. 106. On November 17, 2017, Blakney began his term of supervised release. His probation term is scheduled to expire on or about November 17, 2027.

A district court may terminate a defendant's term of probation if, in the case of a felony, the defendant has completed at least one year of probation and, after considering the § 3553(a) factors, the court "is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3564(c). Defendant's motion for early termination notes that he has completed more than five (5) years of supervised release, has been steadily employed, and wishes to put his past behind him. See ECF No. 192.

While Blakney's performance on supervised release has been positive, the

Court notes the seriousness of his instant federal conviction—Conspiracy to Possess with Intent to Distribute and Distribution of 5 Kilograms or More of Cocaine and 280 Grams or More of Cocaine Base. He was a significant drug dealer who was held accountable for 712.35 grams of crack cocaine and 3,044.36 grams of powder cocaine. PSR ¶ 21.

In addition to the seriousness of his offense of conviction, the Presentence Investigation Report ("PSR") ascribed him 17 criminal history points, placing him in criminal history category VI. PSR ¶ 49. Blakney's criminal history includes a litany of prior drug convictions in addition to various other criminal convictions. Blakney's criminal history dates to November 1994 when he was convicted of Assault and Battery. PSR ¶ 28. Thereafter, he was convicted of Failure to Stop for a Blue Light in 1996, for which he was sentenced to three (3) years suspended to three (3) years' probation. PSR ¶ 29. In 1997, Blakney was convicted of Possession of Crack Cocaine and sentenced to five (5) years suspended to three (3) years' probation. PSR ¶ 33. A year later in April 1998, Blakney was convicted of Possession of Crack Cocaine and sentenced to five (5) years confinement. PSR ¶ 36. His next drug conviction came in October 2001, when he was convicted of Distribution of Cocaine and sentenced to five years suspended to ninety (90) days and three (3) years' probation. PSR ¶ 38. Between the years of 1995 and 2010, Blakney accumulated numerous traffic violations, including a conviction for Driving Under the Influence in September 2007. PSR ¶ ¶ 28-48. In sum, Blakney's criminal history is significant and includes multiple drug offenses which cause this Court serious concern.

At present, Defendant has more than four years of supervised release remaining, as his term of supervised release does not expire until November 2027. For the reasons stated, and after considering the § 3553(a) factors, the Court concludes that early termination of his term of supervised release is not warranted.

For these reasons, Blakney's motion for early termination of probation, ECF No. 192, is **DENIED**.

**IT IS SO ORDERED.**

                                                          *s/Terry L. Wooten*
                                                          Terry L. Wooten
                                                          Senior United States District Judge

August 4, 2023
Columbia, South Carolina